IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RED MOUNTAIN COLLECTIONS, INC.** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **WENDALYN STUDNER** | : | NO. 19-5719 |

## ORDER

**NOW,** this 10th day of February, 2020, upon consideration of the Motion of Plaintiff Red Mountain Collections, LLC to Remand Case or, in the Alternative, to Strike Notice of Removal (Document No. 3) and the Notice of Removal, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ TIMOTHY J. SAVAGE J.